```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
```
---

SCOTT A BECKER,

      Petitioner,

               Civil No. 9:03-CV-0283
  v.              (FJS/RFT)

JOSEPH J. COSTELLO, Supt., Mid-State
Corr. Fac.,

      Respondent.

---

APPEARANCES:         OF COUNSEL:

SCOTT A BECKER
Petitioner, Pro se
00-B-1619
Mid-State Correctional Facility
P.O. Box 216
Marcy, New York   13403-0216

HON. ELIOT SPITZER       G. LAWRENCE DILLON, ESQ.
Attorney General for the     Assistant Attorney General
 State of New York
Department of Law
The Capitol
Albany, New York   12224

**FREDERICK J. SCULLIN, JR.,C.D.J.:**

## DECISION AND ORDER

   The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge Randolph F. Treece filed April 27, 2005, and the Court having reviewed the Report-

Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed April 27, 2005 is **ACCEPTED** in its entirety, for the reasons stated therein; and it is further

**ORDERED**, that the Petition for a Writ of Habeas Corpus is **DENIED.**


**IT IS SO ORDERED.**

DATED: May 18, 2005
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Chief United States District Court Judge